# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ARCHIE LEWIS SAPP, JR.,

    Plaintiff,

v.

GRIFFIN PARK APTS LLC; and
TOWN & COUNTRY APTS., LLC,

    Defendants.

**CASE NO.: 8:24-CV-2871-SDM-NHA**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, ARCHIE LEWIS SAPP, JR., by and through the undersigned counsel, hereby voluntarily dismisses with prejudice all claims brought in this action against Defendants GRIFFIN PARK APTS LLC and TOWN & COUNTRY APTS., LLC.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished to Alison Sausaman, Esq. and Marissa de los Reyes of CARR ALLISON at asausaman@carrallison.com, mdelosreyes@carrallison.com, twalsh@carrallison.com and cdodd@carrallison.com, via electronic service, on March 18, 2025.

**Scate Telusnord, FBN: 1036068**
scate@telusnordlaw.com
**TELUSNORD LAW FIRM**
33888 Field Maple Loop

Wesley Chapel, FL 33545
Phone: 813-513-9340 / Fax: 813-279-2586
**For Service of Court Documents:**
pleadings@telusnordlaw.com
Attorney for Plaintiff